## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOAN KONSAVAGE              :

     Plaintiff,             :

       V.              : ( Judge Conaboy)

MONDELEZ GLOBAL, LLC      : 3:15-CV-1155
d/b/a MONDELEZ INTERNATIONAL,
INC.                          :

     Defendant.            :

**FILED**
**SCRANTON**

MAY 0 2 2017

r... ___ _____
DEPUTY CLERK

## ORDER

AND NOW, this 2nd day of  May, 2017, discovery having been completed

and all case dispositve motions having been decided, It Is Hereby Ordered and Decreed as

Follows:

1. The Clerk of Court is directed to transfer this case to another judicial officer of this

    Court for trial.

BY THE COURT:

Richard P. Conaboy
United States District Judge