AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| JOAN KONSAVAGE,<br>*Plaintiff*<br>v.<br>MONDELEZ GLOBAL, LLC<br>*Defendant, et al.,* | )<br>)<br>)   Civil Action No.   3:15-CV-1155<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

X other:  ~~Judgment is entered in favor of Plaintiff, Joan Konsavage against Defendant Mondelez Global, LLC in the amount of $200,000.00 in compensatory damages.~~

This action was *(check one)*:

X tried by a jury with Judge   Robert D. Mariani   presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

decided by Judge _____ on a motion for   Summary

Date:   March 19, 2018                                        CLERK OF COURT

                                                              /s/ Judith A. Malave, Deputy Clerk
                                                              *Signature of Clerk or Deputy Clerk*